# ASK LLP
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **NTT America, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Post Petition Transfer(s) | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114686 | $79,993.37 | 7/17/2023 | 92024012POST | 12/23/2022 | $75,407.02 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114686 | $79,993.37 | 7/17/2023 | 91938060POST | 9/22/2022 | $4,586.35 |
| **1 Post Petition transfer(s), $79,993.37** | | | | | | | |

**Totals: 1 transfer(s), $79,993.37**